Case 2:94-cr-00142-JLQ    Document 34    Filed 03/20/08

PROB 12B
(7/93)

Report Date: March 19, 2008

# United States District Court

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 20 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shelton Lamar Hayes                    Case Number: 2:94CR00142-001

Name of Sentencing Judicial Officer: The Honorable Justin l. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 10/21/1994                    Type of Supervision: Supervised release

Original Offense: Felon in Possession of a Firearm,      Date Supervision Commences: March 26, 2008
18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 188 Months; TSR - 60         Date Supervision Expires: March 25, 2013
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

14    You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

The offender will be released from service of his sentence on March 26, 2008, without the benefit of placement in a residential reentry center to provide a transition back into the community. As of this date, the offender does not have a residential release plan, is without an established residence, employment, or a viable means of financial support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    3/20/08

Al Barrett
U.S. Probation Officer

Prob 12B
Re: Hayes, Shelton Lamar
March 19, 2008
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

3/20/08
Date