Report Date: April 21, 2011

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 21 2011

JAMES R LARSEN
_____DEPUTY
SPOKANE, WASHINGTON

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shelton Lamar Hayes                Case Number: 2:94CR00142-001

Address of Offender: Spokane County Jail, Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 10/21/1994

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 188 Months;              Type of Supervision: Supervised Release
                         TSR - 60 Months

Asst. U.S. Attorney:     Joseph H. Harrington             Date Supervision Commenced: 4/20/2011

Defense Attorney:        Roger Peven                      Date Supervision Expires: 4/19/2013

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.<br><br>**Supporting Evidence**: Mr. Hayes is considered in violation of his conditions of supervised release for failing to report within 72 hours of his release from custody on July 5, 2010.<br><br>According to the U. S. Marshals Service (USMS), Mr. Hayes was released from Federal custody on July 5, 2010. Since that time, Mr. Hayes has failed to report or make contact with the U.S. Probation Office. |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Hayes is considered in violation of his conditions of supervised release by being convicted of harassment, a gross misdemeanor, in Spokane County District Court on December 15, 2010. He was sentenced to 180 days of custody, 12 months unsupervised probation, and a $5,000 fine that was suspended. |

Also, Mr. Hayes was arrested on April 12, 2011, for 1st degree criminal trespass, a misdemeanor crime. Mr. Hayes was arraigned on these charges on April 13, 2011, and entered a plea of not guilty. The next Court date on this matter is scheduled for April 26, 2011.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 21, 2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/21/2011
Date