PROB 12C
(7/93)

Report Date: June 9, 2011

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 09 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shelton Lamar Hayes                Case Number: 2:94CR00142-001

Address of Offender: Spokane RRC, Spokane, WA 99202

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 10/21/1994

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 188 Months;              Type of Supervision: Supervised Release
                       TSR - 60 Months

Asst. U.S. Attorney:   Pamela J. Byerly                  Date Supervision Commenced: 6/6/2011

Defense Attorney:      Roger Peven                       Date Supervision Expires: 6/5/2013

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 14**: You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

**Supporting Evidence**: On June 9, 2011, the U. S. Probation Office was notified that Shelton Lamar Hayes failed to return to the residential reentry center (RRC) as directed by RRC staff, and will be terminated from the program. Mr. Hayes had been permitted to leave the RRC on June 9, 2011, at 7:22 a.m. to participate in a medical procedure, and failed to return as directed at 12:15 p.m.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Hayes, Shelton Lamar
June 9, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/09/2011

s/Shawn Kennicutt

Shawn Kennicutt
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

6/9/2011
Date